JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA KAMAE, | Case No. CV08-2031 PA (SSx) |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL |
| v. | |
| TRANSPACIFIC CURRENCY SERVICES, INC., | |
| Defendant. | |

Based on the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a), which was filed by the parties on, the Court hereby orders that this action, including all claims for relief that have been or could have been asserted by plaintiff in connection with the general set of facts and circumstances underlying this action, shall be dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 04, 2008  _____
UNITED STATES DISTRICT COURT JUDGE

LAI-2971522v1

Case No. CV08-2031 (PA) (SSx)
[Proposed] Order of Dismissal